```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 07 B 13166
    ANTONIO SANCHEZ
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-3568

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 07/23/2007 and was not confirmed.

    The case was dismissed without confirmation 10/01/2007.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
ATLANTIC AIR CONDITIONER SECURED NOT I         .00            .00            .00
ROUNDUP FUNDING LLC      UNSECURED         7628.40            .00            .00
NATIONAL CITY MORTGAGE   CURRENT MORTG         .00            .00            .00
PIERCE & ASSOC           NOTICE ONLY     NOT FILED            .00            .00
ILLINOIS DEPT OF REV     PRIORITY        NOT FILED            .00            .00
ILLINOIS DEPT OF REV     UNSECURED       NOT FILED            .00            .00
ASPIRE                   UNSECURED       NOT FILED            .00            .00
ECAST SETTLEMENT CORP    UNSECURED          307.53            .00            .00
PORTFOLIO RECOVERY ASSOC UNSECURED         3718.52            .00            .00
NATIONAL CITY MORTGAGE   MORTGAGE ARRE   46234.33            .00            .00
MCGRATH AND VELAZQUEZ    DEBTOR ATTY          .00                            .00
TOM VAUGHN               TRUSTEE                                             .00
DEBTOR REFUND            REFUND                                              .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                        --------------         --------------
TOTALS                          .00                   .00




              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 13166 ANTONIO SANCHEZ
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                   /s/ Tom Vaughn

Dated: 01/22/08                     _____
                                                   TOM VAUGHN
                                                   CHAPTER 13 TRUSTEE